United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK CASTILLO,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC.; BANK OF AMERICA, N.A.;<br>RECONTRUST COMPANY, N.A.; AND DOES<br>1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: 10-CV-03538-LHK<br><br><br><br>ORDER REMANDING STATE CLAIMS |

On November 12, 2010, this Court issued an Order dismissing Plaintiff's federal claims with leave to amend. *See* November 12, 2010 Order (Dkt. No. 20). The Court ordered that Plaintiff file any amended federal claims within 30 days of November 12, 2010, meaning by December 13, 2010. As of today, February 1, 2011, no amended complaint has been filed. As stated in the November 12, 2010 Order, in addition to the two federal claims Plaintiff attempted to assert in his Complaint, Plaintiff also asserted ten other causes of action, all arising exclusively under state law. *See* Compl. (Dkt. No. 1). The Court declines to exercise jurisdiction over these claims. *See Carlsbad Tech.*, *Inc. v. HIF BIO*, *Inc.*, 129 S. Ct. 1862, 1866-67 (2009); 28 U.S.C. § 1367(c) ("The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if . . . the district court has dismissed all claims over which it has original

jurisdiction . . . .) ." Accordingly, this case is hereby REMANDED to the Santa Clara County Superior Court.

**IT IS SO ORDERED.**

Dated: February 1, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-03538-LHK
ORDER REMANDING CASE